FILED
June 4, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:07-cr-145 FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Nicholas Craig, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Nicholas Craig</u>  Case <u>2:07-cr-145 FCD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___   Release on Personal Recognizance

     ___   Bail Posted in the Sum of _____

     ___   Unsecured bond

     ___   Appearance Bond with 10% Deposit

     _X_   Appearance Bond in the amount of $100,000 secured by Real Property

     ___   Corporate Surety Bail Bond

     _X_   (Other) <u>PTS conditions/supervision; 3rd party custodianship by defendant parents</u>

Issued at <u>Sacramento, CA</u> on <u>6/4/07</u>    at <u>3:50 p.m.</u>

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge