MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
NICHOLAS CRAIG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07 -145 FCD |
| Plaintiff, | **AGREEMENT FOR EXTENSION OF SELF SURRENDER DATE** |
| v. | DATE: JULY 16, 2007 |
| NICHOLAS CRAIG et al. | TIME: N/A |
| | JUDGE: HON. KIMBERLY J. MUELLER |
| Defendants. | |

_____

It is hereby stipulated between the parties hereto that the date for the self surrender of this defendant shall be continued to the date of July 23, 2007. The defendant had oral surgery the week of July 2nd, and his follow up appointment and removal of stitches in his mouth is set for July 16, 2007.

DATED: July 25, 2007.          Respectfully submitted,

                               MARK J. REICHEL, ESQ.


                               /s/ MARK J. REICHEL

Agreement to extend date for self surrender

```
                                    MARK J. REICHEL
                                    Attorney for NICHOLAS CRAIG

                                    McGREGOR W.  SCOTT
                                    United States Attorney


 DATED: July 25, 2007.           /s/MARK J. REICHEL for:
                                    BENJAMIN J. WAGNER
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

# O R D E R

**IT IS SO ORDERED.** All other orders, terms and conditions of the defendants release shall remain in full force and effect.

DATED: July 25, 2007.
     nunc pro tunc
     to July 19, 2007.

_____
U.S. MAGISTRATE JUDGE

Stip on self surrender #2                    2